E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
ELAN S. LEVEY (State Bar No. 174843)
Assistant United States Attorney
      Room 7516, Federal Building
      300 North Los Angeles Street
      Los Angeles, California 90012
      Telephone: (213) 894-3997
      Facsimile: (213) 894-7819
      Email:  elan.levey@usdoj.gov

Attorneys for Defendant, United States Department of Education

**FILED & ENTERED**

**NOV 07 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JOSHUA JAMES KREGER,<br><br>      Debtor. | Case No. 2:23-bk-16144-DS<br><br>Chapter 7<br><br>Adv. No. No. 2:23-ap-01430-DS |
| JOSHUA JAMES KREGER,<br><br>      Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, and MOHELA,<br><br>      Defendants. | **JUDGMENT PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT** |

/ / /

Based upon the "Stipulation for Entry of Judgment" (Docket No. 28) between plaintiff Joshua James Kreger and defendant U.S. Department of Education and the order approving the Stipulation,

IT IS HEREBY ORDERED that the unpaid balance of the First Consolidation Student Loan[1] in the sum of approximately $56,774 is discharged in full, pursuant to the terms set forth in the Stipulation and 11 U.S.C. § 523(a)(8); and

IT IS FURTHER ORDERED that the unpaid balance of the Second Consolidation Student Loan in the sum of $338,778.00, plus any and all accrued interest, is partially discharged in the sum of $134,778.00, pursuant to the terms set forth in the Stipulation and 11 U.S.C. § 523(a)(8), thereby rendering the remaining sum of $204,000 as nondischargeable.

###

Date: November 7, 2024

Deborah J. Saltzman
United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein are used as defined in the Stipulation.

2